Andrew J. Sokolowski (SBN 226685)
Andrew.Sokolowski@capstonelawyers.com
Jennifer Bagosy (SBN 223145)
Jennifer.Bagosy@capstonelawyers.com
Suzy E. Lee (SBN 271120)
Suzy.Lee@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiff Kureen Cook

(*Additional counsel listed on following page*)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUREEN COOK, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RENT-A-CENTER, INC., a Delaware corporation; RENT-A-CENTER WEST, INC., a Delaware corporation; RENT-A-CENTER FRANCHISING INTERNATIONAL, INC., a Texas corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  2:17-cv-00048-MCE-EFB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS, STRIKE CLASS AND COLLECTIVE ACTION CLAIMS, AND COMPEL ARBITRATION, OR IN THE ALTERNATIVE TO STAY PROCEEDINGS** |

1  JULIE A. DUNNE, Bar No. 160544
2  LITTLER MENDELSON, P.C.
3  501 W. Broadway
   Suite 900
4  San Diego, CA 92101.3577
5  Telephone: 619.232.0441
   Facsimile: 619.232.4302
6  Email: *jdunne@littler.com*

7
   ROBERT F. FRIEDMAN, Bar No. 24007207
8  LITTLER MENDELSON, P.C.
9  *Pro Hac Vice* to be filed
   2001 Ross Avenue
10 Suite 1500, Lock Box 116
   Dallas, TX 75201.2931
11 Telephone: 214.880.8100
12 Facsimile: 214.880.0181
   Email: *rfriedman@littler.com*
13

14 Attorneys for Defendants
15 RENT-A-CENTER, INC., et al.

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Having reviewed the Parties' Stipulation and good cause appearing, the Court HEREBY ORDERS:

Defendants' Motion to Dismiss, Strike Class and Collective Action Claims, and Compel Arbitration, or in the Alternative to Stay Proceedings is continued from April 6, 2017 at 2:00 p.m. to **April 20, 2017 at 2:00 p.m. in Courtroom 7** of the above-entitled Court. The deadlines for filing opposition and reply, if any, shall be in accordance with the continued hearing date.

**IT IS SO ORDERED.**

Dated:  March 28, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE