BEVIN ELAINE ALLEN PIKE, Bar No. 221936
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: 310-556-4811
Email: bevin.pike@capstonelawyers.com

Attorneys for Plaintiff
KUREEN COOK


JULIE A. DUNNE, Bar No. 160544
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302
Email: *jdunne@littler.com*

ROBERT F. FRIEDMAN, Bar No. 24007207
LITTLER MENDELSON, P.C.
*Pro Hac Vice*
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201.2931
Telephone: 214.880.8100
Facsimile: 214.880.0181
Email: *rfriedman@littler.com*

Attorneys for Defendants
RENT-A-CENTER, INC, et al

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUREEN COOK, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RENT-A-CENTER, INC., a Delaware corporation; RENT-A-CENTER WEST, INC., a Delaware corporation; RENT-A-CENTER FRANCHISING INTERNATIONAL, INC., a Texas corporation; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 2:17-cv-00048-MCE-EFB<br><br>**JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); ORDER THEREON**<br><br>Trial Date: None<br>Complaint Filed: January 9, 2017 |

(No. 2:17-cv-00048-MCE-EFB )

Plaintiff Kureen Cook ("Plaintiff") and Defendants Rent-A-Center, Inc., Rent-A-Center West, Inc., and Rent-A-Center Franchising International, Inc. (collectively, "Defendants") (collectively referred to as the "Parties") hereby stipulate and agree through their respective undersigned counsel, that the above-captioned action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with all costs taxed against the party incurring same and all attorneys' fees borne by the party incurring same.

Dated this 21st day of March, 2019.

Respectfully submitted,

/s/ Bevin Elaine Allen Pike
BEVIN ELAINE ALLEN PIKE
CAPSTONE LAW APC
1875 Century Park East
Suite 1000
Los Angeles, CA 90067
Telephone:  310-556-4811
Email: bevin.pike@capstonelawyers.com

ATTORNEY FOR PLAINTIFF

Respectfully submitted,

/s/ Julie A. Dunne
JULIE A. DUNNE, Bar No. 160544
LITTLER MENDELSON, P.C.
501 West Broadway, Suite 900
San Diego, CA 92103
Telephone:   619.232.0441
E-mail: jdunne@littler.com

Robert F. Friedman
*Pro hac vice*
LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201.2931
Telephone:   214.880.8100
E-mail: rfriedman@littler.com
Attorneys for Defendants

ATTORNEYS FOR DEFENDANT

(No.  2:17-cv-00048-MCE-EFB)

**ORDER**

Having reviewed the foregoing Joint Stipulation, and good cause appearing,

IT IS HEREBY ORDERED THAT:

The action titled *Kureen Cook vs. Rent-A-Center, Inc., et al.*, Case No. 2:17-cv-00048-MCE-EFB is dismissed without prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41. The matter having now been concluded, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: April 2, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441